**FILED**
DISTRICT COURT OF GUAM
AUG 24 2005
MARY L.M. MORAN
CLERK OF COURT

1 LEONARDO M. RAPADAS
  United States Attorney
2 MARIVIC P. DAVID
  Assistant U.S. Attorney
3 Suite 500, Sirena Plaza
  108 Hernan Cortez Avenue
4 Hagåtña, Guam 96910
  Telephone: (671) 472-7332
5 Telecopier: (671) 472-7334

6 Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, ) | |
| vs. ) | **STIPULATION OF PARTIES TO CONTINUE SENTENCING** |
| MOR KISHIMOTO, ) | |
| Defendant. ) | |

The parties in the above-entitled matter, the United States of America, and the defendant, through her counsel, Howard Trapp, hereby stipulate to continue the sentencing currently

//
//
//
//
//
//
//
//
//
//

scheduled for September 28, 2005, and that it be rescheduled to a date approximately four (4) months thereafter to be selected by the court.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/24/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: AUG 2 4 2005

_____
HOWARD TRAPP
Attorney for Defendant