LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
SEP - 9 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00006 |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| ) | **RE: STIPULATION OF PARTIES** |
| ) | |
| MOR KISHIMOTO, ) | |
| ) | |
| Defendant. ) | |

Based on the Stipulation of Parties filed September 2, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing is continued to _January 27_, 200_6_, at _9:30_ _a_.m.

SO ORDERED this _9_ day of September, 2005.

_S. J OT_
S. JAMES OTERO*
District Court of Guam

---

*The Honorable S. James Otero, United States District Judge for Central District of California, by designation.