ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, | |
| | **STIPULATION AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| MOR KISHIMOTO, | |
| Defendant. | |

    Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, MOR KISHIMOTO, by and through her attorney, Howard Trapp, stipulate and agree that the defendant's conditions of release be amended to include the following:

    1. The defendant be authorized to travel between Guam and Manila, Philippines and/or Saipan, the CNMI only under the direction and supervision of the U.S. Immigration and Customs Enforcement John Duenas or Robert Robertson or any other designated agent of Immigration and Customs Enforcement.

    2. The defendant, while in Manila and/or Saipan, shall maintain contact with a designated agent of the U.S. Immigration and Customs Enforcement as directed by Agents

Duenas or Robertson, and that the defendant will immediately return to Guam when so directed.

3. It is further stipulated that the defendant's passport, surrendered to the Clerk of Court as a condition of release, be returned to the defendant while on court-authorized travel status. The defendant is also authorized to renew her passport if expired. The defendant will submit her passport to the U.S. Immigration and Customs Enforcement at their direction.

A violation of any of the foregoing amended conditions of release may result in the immediate issuance of a warrant for defendant's arrest, a revocation of release and order of detention.

## ACKNOWLEDGE OF DEFENDANT

I acknowledge that I am the defendant in this case, and that I am aware of the amended conditions of release. I promise to obey all conditions of release. I am aware of the penalties and sanctions set forth.

SO STIPULATED:

10/12/05
Date

MOR KISHIMOTO
Defendant

OCT 12 2005
Date

HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/11/05
Date

By: MARIVIC P. DAVID
Assistant U.S. Attorney

10/12/05
Date

By: F. MICHAEL CRUZ
Chief Probation Officer
U.S. Probation Office

2