LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> MOR KISHIMOTO, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 03-00006 <br><br> **ORDER** <br> re: October 11, 2005 <br> **Stipulation of Parties** |

Based on the Stipulation of Parties filed October 11, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the conditions of release of defendant is amended to include travel between Guam and Manila, Philippines and/or Saipan, the CNMI, and only under the direction and supervision of the U.S. Immigration and Customs Enforcement; and, while in Manila and/or Saipan, the defendant shall maintain contact with a designated agent of the U.S. Immigration and Customs Enforcement, and shall immediately return to Guam when so directed by said agency. Further, the defendant's passport, surrendered to the Clerk of Court as a

**ORIGINAL**

condition of release, shall be returned to the defendant while on court-authorized travel status. The defendant is also authorized to renew her passport if expired, and will submit her passport to the U.S. Immigration and Customs Enforcement at their direction.

DATE: October 17, 2005

JOAQUIN V.E. MANIBUSAN, JR
U.S. Magistrate Judge