# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

         Plaintiff,

vs.

Mor Kishimoto,

         Defendant.

Case No. 1:03-cr-00006

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***Order filed January 25, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*      *Howard Trapp*      *U.S. Probation Office*
*January 25, 2006*      *January 25, 2006*      *January 25, 2006*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Order filed January 25, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 25, 2006

        /s/ Virginia T. Kilgore
        Deputy Clerk