(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM
MAY - 8 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
| | ) | |
| Plaintiff, | ( | OBJECTION TO PRE- |
| | ) | SENTENCE REPORT |
| vs. | ( | |
| | ) | |
| MOR KISHIMOTO, | ( | |
| | ) | |
| Defendant. | ( | |

------------

Paragraph 81 of the updated presentence report states that the estimated balance of Kishimoto's Bank of Hawaii checking account is $4,596.41. It also states that Kishimoto's monthly gross income is $1,825. Paragraph 85 of the updated presentence report states that Kishimoto "has the ability to pay a fine within the Sentencing Guidelines range."

Kishimoto objects thereto.

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 03-00006

The balance of Kishimoto's Bank of Hawaii checking account varies. Her monthly gross income is only about $800. Consequently, Kishimoto is unable to pay and is not likely to become able to pay any fine.

Dated, Hagåtña, Guam,

May 8, 2006.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on March 8, 2006, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2006, at Hagåtña, Guam.

_____
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on May 8, 2006, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 8, 2006, at Hagåtña, Guam.

REINA Y. URBIEN