ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN -1 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | |
| MOR KISHIMOTO, | |
| Defendant. | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and Defendant, MOR KISHIMOTO, by and through her attorney, Howard Trapp, and hereby stipulate and request that the Sentencing hearing currently set for June 14, 2006,

//
//
//
//
//

be continued approximately four (4) months thereafter to be set by the Court.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

5-31-06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

MAY 3 1 2006
Date

HOWARD TRAPP
Attorney for Defendant

2