FILED
DISTRICT COURT OF GUAM
OCT -3 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MOR KISHIMOTO,<br><br>Defendant. | Criminal Case No. 03-00006<br><br>ORDER |

The sentencing in this case is presently scheduled for Tuesday, October 17, 2006. Due to the scheduling needs of the Court, it is hereby ordered that the sentencing be rescheduled to October 25, 2006, at 9:30 a.m. before the Honorable Larry A. Burns.

SO ORDERED this 3rd day of October 2006.

JOAQUIN V. E. MANIBUSAN, JR.
U. S. Magistrate Judge

ORIGINAL