ORIGINAL

FILED
DISTRICT COURT OF GUAM

OCT - 4 2006

MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING** |
| vs. | ) | |
| | ) | |
| MOR KISHIMOTO, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the parties, United States of America, by and through the undersigned

attorneys, and Defendant, MOR KISHIMOTO, by and through her attorney, Howard Trapp, and

hereby stipulate and request that the Sentencing hearing currently set for October 25, 2006,

//
//
//
//
//

be continued approximately three (3) months thereafter to be set by the Court.   The parties expect this continuance to be the last request.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

10/4/06
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

OCT  0 4 2006
Date

HOWARD TRAPP
Attorney for Defendant

2