(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
NOV 14 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00006 |
|---|---|---|
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| MOR KISHIMOTO, | ) | |
| Defendant. | ) | |

It is stipulated that Defendant be allowed to travel to the Republic of the Phillippines, and that Defendant be required to return to Guam, all in accordance with that certain itinerary, a copy of which is hereto annexed; that Defendant's passport, heretofore surrendered to Immigrations and Customs Enforcement by Defendant, be relinquished by Immigrations and Customs Enforcement to Defendant in time for her to travel as herein provided; and that Defendant surrender her passport to Immigrations and Customs Enforcement no later than the day after her return to Guam.

The reason for this stipulation is that it is necessary for Defendant to obtain certain medical care which Defendant's physician requires her to obtain but which is not available on

(STIPULATION)
Criminal Case No. 03-00006

Guam.

Dated at Hagåtña, Guam, this 14th day of November, 2006.

_____          _____
MARIVIC P. DAVID                   HOWARD TRAPP
ASSISTANT U.S. ATTORNEY            For HOWARD TRAPP INCORPORATED
Attorney for Plaintiff             Attorney for Defendant

(STIP/Travel.MKishimoto)

```
AQSMEE  *FQ
  1. 1KISHIMOTO/MORMRS
  1 CO 933U 17NOV FR GUMMNL HK1    800P  940P
  2 CO 934U 30NOV TH MNLGUM HK1   1110P  440A
FONE-
1.GUM****INTERNATIONAL TP***/N000
2.GUM649-4959/H671
3.GUM456-6165*CELL/H671
FARE QUOTE-AUTO PRICED  -  LA$R#PFI
1 - PSGR 1 PFI
USD425.00      XY7.00   XT13.36           TTL445.36
TOTAL FARE - USD445.36
TLT-1159P/15NOV*BEFORE 5PM
GEN FAX-
1.SSRFQTVCOHK/COFD706191-KISHIMOTO/MORMRS#01.01
2.OSI YY ALL PASSENGERS ARE CITIZENS OF IL
RMKS-
1.HADV POSSIBLE NON-REF TSF MAY APPLY - GXPPH
2.HADV TRAVEL TO MNL/P/R O TKT/SFC FNDS -
3./*-*HDV RULES FOR FARE BASIS UXMAS21
4.UXMAS21/*-*ADV PUR 3 DAYS
5.UXMAS21/*-*MIN STAY 3 DAYS - MAX STAY 21 DAYS
6.UXMAS21/*-*TVL PERMITTED SEASONAL FARE -
7.UXMAS21/*-*CHG PNLTY $100.00USD
8.UXMAS21/*-*TKT BY 15NOV06
9.UXMAS21/*-*TICKET ENDORSEMENTS - NONREF/0VALUAFTDPT/CHGFEE
10./*-*HDV 2-HR CKIN INTL/1-HR DOM/NOT VLD AFTR DEP/NONTRANS
11.HADV CO* 933 IS OPERATED BY CONTINENTAL MICRONESIA
12.HADV CO* 934 IS OPERATED BY CONTINENTAL MICRONESIA
13.12 REMARKS ADDED BY GXP AS PH 13NOV 0113Z D1CBE3
*
```