(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM
NOV 16 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
|---|---|---|
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| MOR KISHIMOTO, | ( | |
| Defendant. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that Defendant be allowed to travel to the Republic of the Philippines, and that Defendant be required to return to Guam, all in accordance with that certain itinerary, a copy of which is hereto annexed; that Defendant's passport, heretofore surrendered to Immigrations and Customs Enforcement by Defendant, be relinquished by Immigrations and Customs Enforcement to Defendant in time for her to travel as herein provided; and that Defendant surrender her passport to Immigrations and Customs

--------------------

ORIGINAL

(ORDER)
Criminal Case No. 03-00006

Enforcement no later than the day after her return to Guam.

Dated at Hagåtña, Guam, this 15th day of November 2006.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(order.MKishimoto)

2