ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JAN 1 8 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| MOR KISHIMOTO, ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, MOR KISHIMOTO, by and through her attorney, Howard Trapp, and hereby stipulate and request that the Sentencing hearing currently set for January 30, 2007, be continued approximately six (6) weeks thereafter to be set by the Court. The parties make this request for the reason that they desire the presence of ICE Special Agent (S/A) John Duenas during the hearing who can provide this Honorable Court with information concerning the extent of defendant's cooperation; due to unforeseen circumstances, however, S/A Duenas is currently

//
//
//
//
//
//
//

| | |
|---|---|
| 1 | on medical leave. As well, the parties became aware of a recent potential conflict of interest that |
| 2 | may require a reassignment of government counsel. |
| 3 | SO STIPULATED: |

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

1/17/07
Date

MARIVIC P. DAVID
Assistant U.S. Attorney

JAN 17 2007
Date

HOWARD TRAPP
Attorney for Defendant

2