LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

**FILED**
DISTRICT COURT OF GUAM

JAN 1 9 2007

MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, ) | |
| vs. ) | **ORDER TO CONTINUE SENTENCING DATE** |
| MOR KISHIMOTO, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing date of Mor Kishimoto is continued to March 20, 2007, at 9:30 a.m.

1/19/07
DATE

Frances M. Tydingco-Gatewood
Chief Judge
District Court of Guam

ORIGINAL