LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 13 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 03-00006 |
| Plaintiff, ) | |
| ) | **STIPULATION OF PARTIES** |
| ) | **TO CONTINUE SENTENCING** |
| vs. ) | |
| ) | |
| MOR KISHIMOTO, ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, MOR KISHIMOTO, by and through her attorney, Howard Trapp, and hereby stipulate and request to continue the Sentencing hearing currently set for March 20, 2007, to on or about the morning of April 3, 2007, or a date otherwise convenient to the Court. The parties make this request for the reason that government counsel is scheduled to attend off-island

//
//
//
//
//
//
//

training in Columbia, South Carolina, from March 19 through March 23, 2007. Counsel is set to return the evening of March 28, 2007.

SO STIPULATED:

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

3-13-07
Date

*[signature]*

MARIVIC P. DAVID
Assistant U.S. Attorney

MAR 1 3 2007
Date

*[signature]*

HOWARD TRAPP
Attorney for Defendant