LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00006 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MOR KISHIMOTO, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the sentencing memorandum be filed under seal and remain sealed until the conclusion of the case.

Date: March 13, 2007.



**/s/ Hon. Frances M. Tydingco-Gatewood**
**Chief Judge**