(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant


FILED
DISTRICT COURT OF GUAM
MAR 1 9 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 03-00006 |
| Plaintiff, | SENTENCING MEMORANDUM |
| vs. | |
| MOR KISHIMOTO, | |
| Defendant. | |

I

"The United States moves this Honorable Court for a departure from the Guidelines level, as provided by USSG Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigations of drug trafficking on Guam and elsewhere, and immigration-related offenses." (Government's Motion for a Downward Departure Under USSG § 5K1.1 (filed

ORIGINAL

Mar. 13, 2007).) "The government will recommend that Defendant receives [sic] a sentence of 24 months incarceration." (*Id.*) "In section 5K1.1 departures, [however], just as in any other departure, the government has no control over the extent of the departure"; this Court has "the authority to depart below the government's recommendation." (*United States v. Udo*, 963 F.2d 1318, 1319 (9th Cir. 1992).)

## II

"A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences . . . as a result of the offense for which the sentence was imposed. (18 U.S.C. § 3585(b)(1).) "The defendant has one day of confinement credit." (Presentence Report at para. 9.) And the undersigned is informed and believes that at least one of the special agents to whom Defendant has provided substantial assistance in the investigation of other persons who have committed offenses is of the opinion that the Court should depart to a term of imprisonment of no more than a single day.

2

(Sentencing Memorandum)
Criminal Case No. 03-00006

## CONCLUSION

Defendant respectfully requests that the term of her imprisonment not exceed the one day she has spent in official detention as a result of the offense for which she is to be sentenced.

Dated, Hagåtña, Guam,

March 19, 2007.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents/SentMemo.MKishimoto)

3

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 19, 2007, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 19, 2007, at Hagåtña, Guam.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　REINA Y. URBIEN

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on March 19, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN