AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

**NOTICE**

V.

CASE NUMBER: 1:03-cr-00006

Mor Kishimoto,

    Defendant.

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## SENTENCING

[ X ] **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96910<br>HON. FRANCES TYDINGCO-GATEWOOD | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 3, 2007 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>April 12, 2007 at 10:45 A.M. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

APRIL 2, 2007             /s/ VIRGINIA T. KILGORE

DATE             (BY) DEPUTY CLERK

TO: Karon Johnson

    Howard Trapp