# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-03-00006-001        DATE: April 12, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley        Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 9:48:51 - 10:41:30
                                                      (9:54:00 - 10:34:15
                                                      sealed portion)

CSO: B. Pereda / F. Tenorio

---

**APPEARANCES:**

Defendant: Mor Kishimoto        Attorney: Howard Trapp

☑ Present ☐ Custody ☐ Bond ☑ P.R.        ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Marivic P. David        U.S. Agent: R. Robertson, I.C.E., T. Churchin, D.E.A., and N. Wolfe, D.E.A. (telephonic)

U.S. Probation: Carleen Borja        U.S. Marshal: D. Punzalan / V. Roman
Interpreter:        Language:

---

**PROCEEDINGS: Sentencing**
- Government to review the USA vs Zolp case and file their brief, if necessary.
- Government brief due: 4/17/2007
- Defendant's response due: 4/19/2007
- Sentencing continued to: April 23, 2007 at 1:30 p.m.
- Defendant to remain released.

NOTES: