AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

USA,

    Plaintiff,

V.

Mor Kishimoto,

    Defendant.

**NOTICE**

CASE NUMBER: 1:03-cr-00006

[ ] **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

## CONTINUED SENTENCING

[ X ] **TAKE NOTICE** that the sentencing hearing in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 W. Soledad Avenue<br>Hagatna, GU 96919<br>Hon. Frances Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 23, 2007 at 1:30 P.M. | CONTINUED TO DATE AND TIME<br><br>May 4, 2007 at 10:00 A.M. |
|---|---|---|

MARY L.M. MORAN, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 23, 2007      /s/ Virginia T. Kilgore

DATE      DEPUTY CLERK

TO: U. S. Attorney's Office
      Howard Trapp