(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM
MAY - 1 2007
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
| | ) | |
| Plaintiff, | ( | DEFENDANT'S MOTION TO FILE HER SUPPLEMENTAL SENTENCING MEMORANDUM UNDER SEAL |
| | ) | |
| vs. | ( | |
| | ) | |
| MOR KISHIMOTO, | ( | |
| | ) | |
| Defendant. | ( | |

-----------

Defendant respectfully moves the Court, all for the same reason as is set forth in the Government's Motion to File Memorandum Under Seal, that

--------------------

(DEFENDANT'S MOTION TO FILE HER SUPPLEMENTAL SENTENCING MEMORANDUM UNDER SEAL)
Criminal Case No. 03-00006

Defendant's Supplemental Sentencing Memorandum be filed under seal.

Dated, Hagåtña, Guam,

April 30, 2007.

Respectfully submitted,

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents/MtntoSealSuppSentMemo.MKishimoto)

2

DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on May 1, 2007, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2007, at Hagåtña, Guam.

---
REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on May 1, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2007, at Hagåtña, Guam.

_____
REINA Y. URBIEN