HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

# DISTRICT COURT OF GUAM

-----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
| | ) | |
| Plaintiff, | ( | ORDER |
| | ) | |
| vs. | ( | |
| | ) | |
| MOR KISHIMOTO, | ( | |
| | ) | |
| Defendant. | ( | |

-----------

Defendant has moved that Defendant's Supplemental Sentencing Memorandum be filed under seal. However, there is no good cause appearing that such document should be sealed.

Accordingly, the Defendant's motion to file the Supplemental Sentencing Memorandum Under Seal is hereby Denied.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
Dated: May 01, 2007