(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

FILED
DISTRICT COURT OF GUAM

MAY - 1 2007

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
| | ) | |
| Plaintiff, | ( | DEFENDANT'S SUPPLE- |
| | ) | MENTAL SENTENCING |
| vs. | ( | MEMORANDUM |
| | ) | |
| MOR KISHIMOTO, | ( | |
| | ) | |
| Defendant. | ( | |

------------

In connection with the position of Resident Agent in Charge Robert Robertson, the attention of the Court is invited to *A Special Report*, Pac. Daily News, Apr. 30, 2007, at 1-4, and in the light thereof, Defendant respectfully renews her request that the term of her imprisonment not exceed the one day she has spent

-------------------

ORIGINAL

(DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM)
Criminal Case No. 03-00006

in official detention as a result of the offense for which she is to be sentenced.

Dated, Hagåtña, Guam,

April 30, 2007.

Respectfully submitted,

HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(Documents/SuppSentMemo.MKishimoto)

2

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on May 1, 2007, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for Plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2007, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for Defendant herein, and that on May 1, 2007, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2007, at Hagåtña, Guam.


REINA Y. URBIEN