# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-03-00006-001  DATE: May 04, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded: 10:01:39 -10:33:00
                                           (10:02:52 - 10:33:00
                                           sealed portion)
                                           10:43:01 - 10:57:46

CSO: J. Lizama

**APPEARANCES:**

Defendant: Mor Kishimoto                Attorney: Howard Trapp
☑ Present ☐ Custody ☐ Bond ☑ P.R.       ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Marivic P. David         U.S. Agent:
U.S. Probation: Carleen Borja           U.S. Marshal: V. Roman / T. Muna
Interpreter:                            Language:

**PROCEEDINGS: Continued Sentencing**
- Government's Motion for downward departure granted.
- Defendant committed to the Bureau of Prisons for a term of 30 days with credit for time served (approximately 1 day)
- Upon release from imprisonment, defendant is placed on supervised release for a term of 5 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant allowed to self-surrender to the U.S. Marshals Service on Guam by 12 noon on Monday, May 7, 2007.

NOTES: