(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant



FILED
DISTRICT COURT OF GUAM
MAY 15 2007
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 03-00006 |
|---|---|---|
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| MOR KISHIMOTO, | ) | |
| Defendant. | ) | |

It is stipulated that the judgment be amended by striking paragraph 12 of the Standard Conditions of Supervision.

Dated at Hagåtña, Guam, this 15th day of May, 2007.

_____
MARIVIC P. DAVID
ASSISTANT U.S. ATTORNEY
Attorney for Plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for Defendant

(STIP/Judgment.MKishimoto)

ORIGINAL