(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for Defendant

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Criminal Case No. 03-00006 |
| Plaintiff, | ( | ORDER |
| vs. | ( | |
| MOR KISHIMOTO, | ( | |
| Defendant. | ( | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that the judgment be amended by striking paragraph 12 of the Standard Conditions of Supervision.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
   Chief Judge
**Dated: May 16, 2007**