PROB 12A
(7/93)

# United States District Court

for

*District of Guam*

## Report on Offender Under Supervision

Name of Offender:  **Mor Kishimoto**                             Case Number:  **CR 03-00006-001**

Name of Sentencing Judicial          Frances M. Tydingco-Gatewood

Date of Original Sentence:          May 4, 2007

Original Offense:    Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§952(a) and 960.

Original Sentence:   30 days imprisonment with credit for time served followed by a five year term of supervised release with conditions to include: shall not possess a firearm, ammunition, destructive device, or other dangerous weapon; shall cooperate in the collection of DNA; shall be turned over to a duly authorized immigration official for deportation proceedings and if deportation fails to occur, the defendant shall immediately report to the U.S. Probation Office to begin term of supervised release; shall not possess or use illegal controlled substances and shall submit to up to eight drug tests a month; shall participate in a program approved by the U.S. Probation Office for substance abuse, which may include testing; shall perform 200 hours of community service; and pay a $100 special assessment fee.

Type of Supervision:   Supervised release         Date Supervision Commenced:  June 4, 2007

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>       <u>Nature of Noncompliance</u>

Ms. Kishimoto has been ordered to participate in a substance abuse program approved by the U.S. Probation Office which will include testing. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Ms. Kishimoto scored a zero (0) confirming there is no need for treatment at this time. Ms. Kishimoto will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that aside from drug tests, the special condition requiring that she participate in a program be suspended.

Reviewed by:	Respectfully submitted,

 ROSSANNA VILLAGOMEZ-AGUON  
Acting Chief U.S. Probation Officer

 CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist

Date:	July 12, 2007	Date:	July 12, 2007

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other    Condition suspended as recommended