**UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00006-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| MOR KISHIMOTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 4, 2007, Mor Kishimoto was sentenced by the Honorable Frances Tydingco-Gatewood, Chief Judge, U.S. District Court of Guam, for Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952(a) and 960. She was sentenced to 30 days imprisonment, followed by a supervised release term of five years. The conditions of her supervised release include that she shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon, cooperate in the collection of DNA as directed by the probation officer, comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission, that she be turned over to a duly authorized immigration official for deportation proceedings, and if deported, remain outside the United States without permission of the Attorney General and if deportation fails to occur, report to the United States Probation Office to begin term of supervised release, shall not possess or use and controlled substances and submit to up to eight drug tests a month, participate in a program approved by the U.S. Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol, perform 200 hours of community service; and pay a special assessment fee of $100. Ms. Kishimoto's supervised release term commenced on June 4, 2007.

Ms. Kishimoto, a Cosmetologist who specializes in facials, is requesting the Court's permission to travel to Thailand to learn how to do foot massages. She has applied and been accepted to the Wat Po Thai Traditional Medical and Chetawan Thai Traditional Massage School in Bangkok, Thailand, to attend a week-long training program specifically

Request to Travel
Re: KISHIMOTO, MOR
Criminal Case No. 03-00006-001
July 20, 2007
Page 2


for foot massages which will enhance her employment opportunities. Ms. Kishimoto has expressed an interest in using her skill as a Cosmetologist when performing her court-ordered community service, specifically on an elderly population identified and approved by the U.S. Probation Office. She is scheduled to depart Guam on August 13, 2007, and return on August 25, 2007.

    To date, Ms. Kishimoto has satisfactorily adjusted to her term of supervised release. She has no monetary obligations to the Court. This Officer supports the travel request and seeks Court approval.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:  /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist


Reviewed by:

 /s/ CHRISTOPHER J. DUENAS
Acting Chief U.S. Probation Officer

cc: File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br>U.S. PROBATION OFFICE<br>2nd Floor U.S. Courthouse<br>520 West Soledad Ave.<br>Hagatna, Guam 96910<br>(671) 473-9201 |

**Mor Kishimoto**
Criminal Case No. 03-00006-001
SSN: XXX-XX-2249
DOB: XX-XX-1959
HT: 5'6" WT: 140 lbs.



DATE  **July 20, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO  **Thailand via the Republic of the Philippines**

LEAVING  **August 13, 2007**  AND RETURNING  **August 25, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Education.**

SPECIAL INSTRUCTIONS:  (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in Thailand.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

NAME
ADDRESS

☐ APPROVED   ☐ DISAPPROVED