| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor U.S. Courthouse 520 West Soledad Ave. Hagatna, Guam 96910 (671) 473-9201 |
|---|---|---|

**Mor Kishimoto**
Criminal Case No. 03-00006-001
SSN: XXX-XX-2249
DOB: XX-XX-1959
HT: 5'6" WT: 140 lbs.



DATE **July 20, 2007**

YOU ARE AUTHORIZED TO TRAVEL TO **Thailand via the Republic of the Philippines**

LEAVING **August 13, 2007** AND RETURNING **August 25, 2007**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Education.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your supervised release conditions while in Thailand.**

2. **Report to the U.S. Probation Office in person within 72 hours upon arrival on Guam.**

3. **Immediately report any change in your travel plans to the U.S. Probation Office.**

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist

NAME
ADDRESS

✔ APPROVED ☐ DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jul 24, 2007

Case 1:03-cr-00006 Document 75 Filed 07/24/2007 Page 1 of 1